```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


EMILIO R. GUAJACA,             ) NO. CV 10-1321-CAS (E)
                               )
          Petitioner,          )
                               )
     v.                        ) ORDER ADOPTING FINDINGS,
                               )
PEOPLE OF THE STATE OF         ) CONCLUSIONS AND RECOMMENDATIONS OF
CALIFORNIA,                    )
                               ) UNITED STATES MAGISTRATE JUDGE
          Respondent.          )
_____)
```

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>November 23, 2010</u>.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE