**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILIO R. GUAJACA, ) | NO. CV 10-1321-CAS (E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| PEOPLE OF THE STATE OF ) | JUDGMENT |
| CALIFORNIA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: <u>November 23, 2010</u>.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE